JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Xavier Hermosillo, et al, <br><br>　　　　Plaintiff, <br><br>　v. <br><br>Count of Orange, et al, <br><br>　　　　Defendant(s). | SACV 20-01387-JVS (ADSx) <br><br> ORDER OF DISMISSAL UPON <br> SETTLEMENT OF CASE |

　　The Court having been advised by the counsel for the parties that the above-entitled action has been settled,

　　IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 75 days, to reopen the action if settlement is not consummated.

DATED: October 18, 2021

_____
James V. Selna
U.S. District Judge